Alexis S. McKenna, Esq., SBN: 197120
Elana R. Jacobs, Esq., SBN: 303178
WINER, McKENNA & BURRITT, LLP
1999 Harrison Street, Suite 600
Oakland, California 94612
Tel (510) 433-1000
Fax (510) 433-1001

Attorneys for Plaintiff
ANGELA RAMOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA RAMOS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT, a public entity; THOMAS KLOSTER dba METRO-MATH TUTORING SERVICES, a company, THOMAS KLOSTER, an individual; DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01458-WBS-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT LOS RIOS COMMUNITY COLLEGE DISTRICT'S RULE 12(b)(6) MOTION TO DISMISS PLAINITFF'S COMPLAINT**<br><br>Current Hearing Date:  August 21, 2017<br>Proposed Hearing Date: October 16, 2017<br><br>Time:  1:30 p.m.<br>Courtroom:  5 |

Plaintiff Angela Ramos and Defendant Los Rios Community College District, by and through their undersigned counsel, hereby stipulate to continue the hearing on Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint. The hearing is currently scheduled for August 21, 2017 at 1:30 p.m. and the parties hereby request that it be moved to October 16, 2017 at 1:30 p.m. in Courtroom 5 in the above-referenced Court. Plaintiff's counsel is unavailable on August 21, 2017 and requested that the parties stipulate to continue the hearing.

1
**STIPULATION AND [Proposed] ORDER TO CONTINUE HEARING ON DEFENDANT LOS RIOS COMMUNITY COLLEGE DISTRICT'S RULE 12(b)(6) MOTION TO DISMISS PLAINITFF'S COMPLAINT**

1 | The parties have further stipulated to the following briefing schedule: Plaintiff will file and serve her Opposition to Defendant's Motion to Dismiss on or by August 28, 2017; Defendant will file and serve its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss on or by September 11, 2017. The Court to hear oral argument on the Motion on October 16, 2017.

Counsel for the undersigned parties hereby submit this Stipulation and [Proposed] Order to Continue Hearing pursuant to Eastern District of California Local Rule 143 (Fed. R. Civ. P. 83).

**SO STIPULATED.**

DATED: August 4, 2017            WINER, McKENNA & BURRITT, LLP


By: /s/ Elana R.Jacobs                                    .
    Alexis S. McKenna
    Elana R. Jacobs
    Attorneys for Plaintiff
    ANGELA RAMOS


DATED: August 4, 2017            JOHNSON SCHACHTER & LEWIS
    A Professional Law Corporation


By: /s/ Jason M. Sherman  (*as authorized on August 3, 2017*)
    Alesa Schachter
    Jason M. Sherman
    Attorneys for Defendant LOS RIOS COMMUNITY
    COLLEGE DISTRICT

///

///

**STIPULATION AND [Proposed] ORDER TO CONTINUE HEARING ON DEFENDANT LOS RIOS COMMUNITY COLLEGE DISTRICT'S RULE 12(b)(6) MOTION TO DISMISS PLAINITFF'S COMPLAINT**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 4, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND [Proposed] ORDER TO CONTINUE HEARING ON DEFENDANT LOS RIOS COMMUNITY COLLEGE DISTRICT'S RULE 12(b)(6) MOTION TO DISMISS PLAINITFF'S COMPLAINT**