Alexis S. McKenna, Esq., SBN: 197120
Elana R. Jacobs, Esq., SBN: 303178
WINER, McKENNA & BURRITT, LLP
1999 HARRISON STREET, SUITE 600
OAKLAND, CALIFORNIA 94612
Tel (510) 433-1000
Fax (510) 433-1001

Attorneys for Plaintiff
ANGELA RAMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA RAMOS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT, a public entity; THOMAS KLOSTER dba METRO-MATH TUTORING SERVICES, a company, THOMAS KLOSTER, an individual; DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01458-WBS-KJN<br><br>**ORDER AUTHORIZING REDACTION** |

**IT IS ORDERED THAT** pursuant to Federal Rule of Civil Procedure (FRCP) 5.2 and Local Rule 140(b), the day and month of birth of Defendant Thomas Kloster, information which was inadvertently included on page one of the police report filed as <u>Exhibit A</u> to the Declaration of Elana R. Jacobs in Support of Plaintiff's Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint shall be redacted by the Clerk of the United States District Court, Eastern District of California.

Dated: September 1, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE