ALESA SCHACHTER, ESQ. (SBN 102542)
alesa@jsl-law.com
JASON M. SHERMAN, ESQ. (SBN 245190)
jason@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANT:
LOS RIOS COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA RAMOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT, a public entity, THOMAS KLOSTER dba METRO-MATH TUTORING SERVICES, a company, THOMAS KLOSTER, an individual, DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO. 2:17-cv-01458-WBS-KJN**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Current date: November 20, 2017<br>Proposed date range: December 4-6, 2017 or December 11-13, 2017<br><br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>State Court Complaint Filed: June 13, 2017<br>Removed: July 13, 2017<br>Trial Date: None Set |

Defendant Los Rios Community College District and Plaintiff Angela Ramos, by and through their undersigned counsel, hereby stipulate to continue the Status (Pretrial Scheduling) Conference. The Status (Pretrial Scheduling) Conference is currently scheduled for November 20, 2017 at 1:30 p.m. and the parties hereby request that it be moved to one of the following dates: December 4-6, 2017 or December 11-13, 2017 at 1:30 p.m. in Courtroom 5 in the above-referenced Court. Defendant's counsel has a pre-planned vacation, is unavailable on November 20, 2017, and

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

requested that the parties stipulate to continue the conference.

Counsel for the undersigned parties hereby submit this Stipulation and [Proposed] Order to Continue Status (Pretrial Scheduling) Conference pursuant to Eastern District of California Local Rule 143 (Fed. R. Civ. P. 83).

**SO STIPULATED.**

Dated: October 6, 2017

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation


By: /s/ Jason M. Sherman
   ALESA SCHACHTER
   JASON M. SHERMAN
Attorney for Defendant LOS RIOS
COMMUNITY COLLEGE DISTRICT

WINER, McKENNA & BURRITT, LLP

Dated: October 6, 2017


By: /s/ Elana R. Jacobs
   ALEXIS S. McKENNA
   ELANA R. JACOBS
Attorney for Plaintiff ANGELA RAMOS

///

///

///

///

///

///

///

///

///

///

2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Status (Pretrial Scheduling) Conference currently scheduled for November 20, 2017 at 1:30 p.m. is continued to **February 12, 2018 at 1:30 p.m.** in Courtroom 5 in the above-referenced Court. A Joint Status Report shall be filed no later than **January 29, 2018**.

Dated: October 10, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247