Alexis S. McKenna, Esq., SBN: 197120
Elana R. Jacobs, Esq., SBN: 303178
WINER, MCKENNA & BURRITT, LLP
1999 HARRISON STREET, SUITE 600
OAKLAND, CALIFORNIA 94612
Tel (510) 433-1000
Fax (510) 433-1001

Attorneys for Plaintiff
ANGELA RAMOS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA RAMOS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT, a public entity; THOMAS KLOSTER dba METRO-MATH TUTORING SERVICES, a company, THOMAS KLOSTER, an individual; DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01458-WBS-KJN<br><br>**STIPULATION AND [Proposed] ORDER TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Defendant LOS RIOS COMMUNITY COLLEGE DISTRICT and Plaintiff ANGELA RAMOS hereby stipulate to allow Plaintiff to file her First Amended Complaint, without a noticed motion or hearing, and that it be deemed filed and served as of the date of the signing of this Order.

The parties hereby stipulate to the following changes:

1. Pursuant to Local Rule 143 (Fed. R. Civ. P. 83), Plaintiff hereby submits this Stipulation and [Proposed] Order to File First Amended Complaint and her [Proposed] First Amended Complaint.

2. Pursuant to the Court's January 29, 2018 Memorandum and Order Re: Motion to Dismiss State Law Claims, granting Defendant's motion to dismiss Plaintiff's state law claims under the California Equity in Higher Education Act, Cal. Educ. § 66270, California Civil Code § 51.9, negligence and intentional infliction of emotional distress, Plaintiff amended her Complaint to remove her claims for violation of California Civil Code § 51.9, negligence, and intentional infliction of emotional distress against Los Rios Community College District.

3. Plaintiff further amended her Complaint to include a claim for violation of California Equity in Higher Education Act, Cal. Educ. § 66270, pursuant to agreement of the parties and counsels' discussion with the Court at its Status (Pretrial Scheduling) Conference on February 12, 2018, regarding the standard of proof for violation of Cal. Educ. Code § 66270 being the same as that of Title IX, 20 U.S.C. § 1681(a).

4. Finally, Plaintiff amended her Prayer for Damages to remove her prayer for punitive damages against Los Rios Community College District, as Defendant is a public entity.

**IT IS SO STIPULATED.**

DATED: February 15, 2018                         JOHNSON SCHACHTER & LEWIS
                                                 A Professional Law Corporation

                                                 By: ___/s/ Jason M. Sherman_____
                                                     ALESA SCHACHTER
                                                     JASON M. SHERMAN
                                                     Attorneys for Defendant
                                                     LOS RIOS COMMUNITY
                                                     COLLEGE DISTRICT

DATED: February 15, 2018                         WINER, McKENNA & BURRITT, LLP

                                                 By: ____/s/ Elana R. Jacobs_____
                                                     Alexis S. McKenna
                                                     Elana R. Jacobs
                                                     Attorneys for Plaintiff
                                                     ANGELA RAMOS

**IT IS SO ORDERED.**

**Dated: February 16, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE