UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELA RAMOS,

        Plaintiff,

    v.

LOS RIOS COMMUNITY COLLEGE
DISTRICT, et al.

        Defendants.

No.  2:17-cv-1458-WBS-KJN

ORDER

On June 28, 2018, the court conducted a hearing on defendant's motion for discovery, which concerns subpoenas issued by plaintiff to defendant Los Rios Community College District ("District") for production of various documents related to a former professor, defendant Thomas Kloster.  (ECF Nos. 39, 42.)  At the hearing, attorney Elana Jacobs appeared telephonically on behalf of plaintiff, and attorney Jason Sherman appeared on behalf of the District.  There was no appearance by Kloster, who has thus far failed to appear in the action.[1]

---

[1] At the hearing, plaintiff's counsel indicated that she had had some initial contact with Kloster around the time the lawsuit was filed, and that Kloster stated to her that he would not be participating in the litigation.  The District's counsel also informed the court that, on May 8, 2018, the District's counsel sent a letter to Kloster attaching copies of the subpoenas at issue in this motion.  The District's counsel never received any objection or other response from Mr. Kloster.

1

1    After carefully considering the parties' joint statement regarding their discovery

2  disagreement (ECF No. 36), the court's record, and the applicable law, and for the reasons stated

3  on the record at the hearing, IT IS HEREBY ORDERED that:

4         1.  The court APPROVES the parties' proposed stipulated protective order (ECF No. 37),

5             which is issued concurrently with this order.

6         2.  The District shall produce the following categories of documents regarding Kloster

7             pursuant to the stipulated protective order:  (a) teaching schedules; (b) applications for

8             employment, resumes, and cover letters (with redaction of identifying information

9             concerning references as outlined below); (c) performance evaluations; (d) verification

10            checks of employment with prior employers; (e) offer/acceptance of employment; (f)

11            hiring checklist forms; (g) academic transcripts; (h) administrative leave/termination

12            documents; (i) the District police report, evidence, and communications related to the

13            investigation concerning Kloster; and (j) disability insurance claim forms.

14        3.  The District shall produce listed references and letters of recommendation regarding

15            Kloster pursuant to the stipulated protective order, but shall redact any specific

16            identifying information regarding such third party references, along the terms

17            discussed on the record at the hearing.  Such redaction shall be without prejudice to

18            plaintiff's ability to later seek discovery of identifying information upon a proper

19            showing.

20        4.  The District shall produce any other student complaints against Kloster pursuant to the

21            stipulated protective order, but shall redact the students' identifying information.  Such

22            redaction shall be without prejudice to plaintiff's ability to later seek discovery of

23            identifying information upon a proper showing.

24         IT IS SO ORDERED.  This order resolves ECF No. 39.

25  Dated:  June 29, 2018

26

27                                    _____
                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

28