Alexis S. McKenna (SBN 197120)
Elana R. Jacobs (SBN 303178)
WINER, McKENNA, BURRITT & TILLIS, LLP
1999 Harrison Street, Suite 600
Oakland, California 94612
Tel: (510) 433-1000
Fax: (510) 433-1001

Attorneys for Plaintiff
ANGELA RAMOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA RAMOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT, a public entity, THOMAS KLOSTER dba METRO-MATH TUTORING SERVICES, a company, THOMAS KLOSTER, an individual, DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-01458-WBS-KJN<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT THE NOVEMBER 13, 2018 MOTION TO REMAND HEARING**<br><br>Complaint Filed: June 13, 2017<br>Removed: July 13, 2017<br><br>Hearing: November 13, 2018<br>Time: 1:30 p.m.<br>Courtroom 5<br><br>Trial Date: September 24, 2019 |

Having read the Request for Telephonic Appearance filed by Plaintiff's counsel, Elana R. Jacobs, this Court finds that GOOD CAUSE HAS BEEN SHOWN to allow Plaintiff to appear telephonically at the motion to remand hearing set for November 13, 2018 at 1:30 p.m. in Courtroom 5, U.S. District Court-Eastern, 501 I Street, , 14th Floor, Sacramento, California

///

THEREFORE, IT IS SO ORDERED that counsel for Plaintiff may appear telephonically on November 13, 2018 at 1:30 p.m. for the scheduled motion to remand hearing, in this matter. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: October 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE